Braswell.txt

Wells Fargo Home Mortgage
PO.BOX 10335
DES MOINES IA 50306

HESTON LAW FIRM P.C
800 WESTSAM HOUSTON PARKWAY
BUILDING 12.3RD FLOOR
HOUSTON,TX77024

COMPUTER CREDIT,INC
TEXAS HEALTH PRESBYTERIAN HOSPITAL KAUFMAN
640 WEST FOURTH STREET,POST OFFICE BOX 5238
WINSTON-SALEM,NC27113-5238

UNITED REVENUE CORP
204 BILLINGS SUITE120
ARLINGTON TX76010

PRESBY KAUFMAN-ER
PO.BOX 1888
GREENVILLE, TX 75403-1888

ERSOULUTIONS.INC,800 SW 39TH.ST
PO.BOX9004-RENTON WA 98057

LEXUS FINANCIAL SERVICES
PO.BOX5855
CAROL STREAM,IL 60197-5855

WELLS FARGO
8480 STAGECOUCH CIR
FREDRICK,MD 21701

ASSET ACCEPTANCE (CITIBANK)
PO BOX 2036 WARREN
MI 48090

ARROW FINCL(WELLSFARGO)
5996 W TOUHY AVE
NILES IL,60714

LVNV FUNDING
POBOX.740281
HOUSTON,TX77274

TOYOTA MTR
777E.CAMPBELL.RD STE 20
RICHARDSON TX.75081

UNITED REVENUE CORP
204 BILLINGS ST.STE 120
ARLINGTON TX 76010

Braswell.txt

AMER GEN FIN
600 N ROTAL AVE
EVANSVILLE IN 47715

WF FINANCIAL
1 INTERNATIONAL
PLAZA STE 300
PHILADELPHIA PA 19113

CREDIT FIRST
6275 EASTLAND RD
BROOK PARK.OH 44142

HOMEDSN-GEMB
PO BOX 981439
EL PASO TX        79998

GRDN-CSSD
PO BOX 6497
SIOUX FALLS SD.57117

GMAC
PO BOX 380901
BLOOMINGTON MN 55438

GEMB-DILLA
PO BOX 981432
EL PASO TX 79998

CHASE
BANK ONE CARD SERV
800 BROOKSEDGE BLV
WESTERVILLE OH 43081

FNB OMAHA
PO BOX 3412
OMAHA NE.68197

CHRYSLER FINANCIAL
5225 CROOKS RD STE
140 TROY MI 48098

CAP ONE
PO BOX 1001
RICHMOND VA.23285

CHASE
201 N.WALNUT ST DE1
1027 WILIMINGTON DE 19801

HOUSEHOLD
PO BOX 3425
BUFFALO NY 14240

WFNNB-VCTRIA

Braswell.txt

PO BOX 182128
COLUMBUS OH43218

BK OF AMER
4060 OGLETOWN
STANTON RD DE5 019
03 07 NEWARK DE 19801

CHASE
205 W FOURT H ST
STE 400 CINCINNATI OH 45202