**ELECTRICAL SURPLUS OF TEXAS, INC.**

Employee
Evelyn J.L. Braswell, 14825 SEAGOVILLE RD., Dallas, TX 75253

SSN ***-**-5920   Status (Fed/State) Married/(none)
Pay Period: 01/21/2010 - 01/27/2010

Allowances/Extra  **016391**
Fed-1/0/TX-0/0
Pay Date: 01/28/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Payroll | 40.00 | 16.00 | 640.00 | 2,560.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -35.00 | -137.00 |
| Social Security Employee | -39.68 | -158.72 |
| Medicare Employee | -9.28 | -37.12 |
| Net Pay | -83.96 | -332.84 |
| | 556.04 | 2,227.16 |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Vacation | 0.00 | 40.00 |



50
-40

Electrical Surplus of Texas, Inc., 822 E. Shady Grove Rd, Irving, TX 75060, 972-579-5552 FAX 972-579-7171, Accounting: 972-579-1662 (Jessica) 972-579-5552

---

**▲ REGIONS**
Customer Receipt

Any balance printed on this receipt does not reflect the current business day's activity on this account. All transactions are accepted in accordance with the terms of your agreement.

```
PD01-21-2010 01:41P #00160 TX04220 #0120
Funds Transfer

8300642215
                                        $556.04
```

---

**▲ REGIONS**
Customer Receipt

Any balance printed on this receipt does not reflect the current business day's activity on this account. All transactions are accepted in accordance with the terms of your agreement.

```
PD01-28-2010 01:07P #00072
TX04220      #007
DA******2215

MLT DEP
                               $556.04
```